IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
OCT 26 2026
Clerk U.S. District Court
Greensboro, NC
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:26CR 226 -1 |
| | : | |
| YAMILA AVALOS | : | |

The United States Attorney charges:

On or about October 22, 2024, in the County of Cabarrus, in the Middle District of North Carolina, YAMILA AVALOS, an alien in the United States, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

DATED: October 26, 2026

DAN BISHOP
United States Attorney

BY: MATTHEW H. ELLIS
First Assistant
United States Attorney